FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC 19 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEUNG SEOP YU,<br><br>　　Plaintiff,<br><br>v.<br><br>AURA ENTERPRISES, INC. and KANG S. CHOI,<br><br>　　Defendants. | Civil Action File No.<br>1:16-CV-01636-ODE<br><br>JURY TRIAL DEMANDED |

## CONSENT ORDER APPROVING
## SETTLEMENT AND DISMISSING THE CASE WITH PREJUDICE

By consent of the Parties hereto, and the Court having reviewed the *Settlement and Complete Waiver/Release Agreement* ("Settlement Agreement") executed by the Parties, and being otherwise fully advised, it is therefore ORDERED AND ADJUDGED as follows:

1. The Court hereby approves the Settlement Agreement submitted by the Parties in this case;

2. The above-entitled lawsuit is hereby DISMISSED WITH PREJUDICE with each party to bear its own respective attorneys' fees and costs (except as set forth in the Settlement Agreement); and

3. The Court retains jurisdiction to enforce the Parties' Settlement Agreement.

DONE AND ORDERED on this 16 day of Dec, 2016.

_____
Orinda D. Evans
UNITED STATES DISTRICT JUDGE

WSACTIVELLP:8862434.1